UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JUSTIN LAFRANCE,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> *v*. <br><br> **CREATIVE CAPITAL SOLUTIONS, LLC** a New York company, <br><br> *Defendant.* | Case No. 1:23-cv-05485-NGG-MMH <br><br> **CLASS ACTION** |

## <u>STIPUALTION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff LaFrance and Defendant Creative Capital Solutions, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED this 30th day of April, 2024.

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

1

Stefan Coleman
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
(877) 333-9427
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Classes*


s/ Elizabeth V. Young
Andrew T. Hambelton
Elizabeth V. Young
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212-885-5000
Facsimile: 212-885-5001
andrew.hambelton@blankrome.com
elizabeth.young@blankrome.com

*Counsel for Defendant*
*Creative Capital Solutions, LLC*

2